## CHARLENE KAISER *v.* JOHANNES VAN DER GIESSEN
## (15136)

Dupont, C. J., and Landau and Spear, Js.

Argued November 13—officially released December 3, 1996

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* SALVATORE ANGELICO
## (14672)

Dupont, C. J., and Lavery and Healey, Js.

Argued November 12—officially released December 3, 1996

Per Curiam. The judgment is affirmed.

## WESLEY DAYTON *v.* MANSOUR MOUSSAVIAN ET AL.
## (15555)

Dupont, C. J., and Schaller and Daly, Js.

Argued November 12—officially released December 3, 1996

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* CLARENCE MILNER
## (15019)

O'Connell, Schaller and Hennessy, Js.

Argued November 7—officially released December 3, 1996

Per Curiam. The judgment is affirmed.